```
                                           FILED
                                   CLERK, U.S. DISTRICT COURT

                                        Jul 20, 2016

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY:      PMC          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shirley Lindsay,<br><br>    Plaintiff<br><br>vs.<br><br>Jenshar Limited Partnership et al,<br><br>    Defendant. | CASE NO.: 2:15-cv-08014-SVW-E<br><br>JUDGMENT<br><br><br><br>JS - 6 |

Judgment is entered for Defendants and against Plaintiff, pursuant to the Court's order dated July 18, 2016.

DATE: July 20, 2016

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE